**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
J.M., Individually and on behalf of L.M., a Minor,

                          Plaintiffs,                               23 **CIVIL** 10002 (MMG)

      -against-

                                                                **JUDGMENT**

NEW YORK CITY DEPARTMENT OF
EDUCATION,

                          Defendant.
------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated August 6, 2025, the Court OVERRULES Defendant's objections to the R&R and ADOPTS THE R&R IN FULL with the modification that Plaintiffs shall be awarded an additional $402.00 to account for the filing fee of this action. Accordingly, Plaintiffs shall be awarded a total of $61,772.73, including $61,370.73 in attorney's fees and $402.00 in costs. Accordingly, the case is closed.

**Dated:**  New York, New York

       August 6, 2025

                                                                  **TAMMI M. HELLWIG**
                                                                    **Clerk of Court**

                                         **BY:**

                                                                    **Deputy Clerk**